IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02966-PAB

ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL,
SAMARITAN MINISTRIES INTERNATIONAL,
TAYLOR UNIVERSITY,
INDIANA WESLEYAN UNIVERSITY,
ASBURY THEOLOGICAL SEMINARY, and
ALLIANCE DEFENDING FREEDOM,

     Plaintiffs,

v.

SYLVIA M. BURWELL, in her official capacity as Secretary of the United States
Department of Health and Human Services,
THOMAS E. PEREZ, in his official capacity as Secretary of the United States
Department of Labor,
JACOB J. LEW, in his official capacity as Secretary of the United States Department of
the Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
UNITED STATES DEPARTMENT OF LABOR, and
UNITED STATES DEPARTMENT OF THE TREASURY,

     Defendants.

_____

**ORDER**
_____

     This matter is before the Court on the parties' Joint Motion to Stay District Court

Proceedings Pending Appeal. [Docket No. 34].  The parties jointly request a stay of this

matter pending resolution of plaintiffs' appeal of the Court's November 26, 2014 order

denying plaintiffs' motion for a preliminary injunction.  Docket No. 27.

     "The district court has discretion to determine whether to stay proceedings

pending disposition of an interlocutory appeal."  *Kerr v. Hickenlooper*, No. 11-cv-01350-

WJM-BNB, 2012 WL 4359076 at *4 (D. Colo. Sept. 21, 2012).  Defendants claim that in

the absence of a stay, they intend to bring a motion to dismiss pursuant to Fed. R. Civ.

P. 12(b)(1) and 12(b)(6), and that this motion would raise issues that are likely to be

addressed by the Tenth Circuit in adjudicating plaintiff's appeal.  Docket No. 34 at 2.

Given the similarity of issues likely to be raised in defendants' contemplated motions

and the pending appeal, the Court is persuaded that good cause exists to stay the

proceedings in this action.

Wherefore, it is

**ORDERED** that the parties' Joint Motion to Stay District Court Proceedings

Pending Appeal [Docket No. 34] is **GRANTED**.  It is further

**ORDERED** that this case is stayed pending the Tenth Circuit's adjudication of

plaintiffs' appeal of the Court's November 26, 2014 order.  It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, this matter is

administratively closed.

DATED January 13, 2015.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge