FILED
United States Court of Appeals
Tenth Circuit

December 12, 2018

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; SAMARITAN MINISTRIES INTERNATIONAL; TAYLOR UNIVERSITY; INDIANA WESLEYAN UNIVERSITY; ASBURY THEOLOGICAL SEMINARY; ALLIANCE DEFENDING FREEDOM, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services; R. ALEXANDER ACOSTA,[*] in his official capacity as Secretary of the United States Department of Labor; STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Departement of Treasury; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> Defendants - Appellees. | No. 14-1492 |

_____

**ORDER**

_____

_____

[*] R. Alexander Acosta is automatically substituted as Defendant - Appellee pursuant to Fed. R. App. P. 43(c)(2).

This matter is before the court on the parties' *Joint Status Report*, wherein the parties request that this appeal be dismissed. The status report is construed as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). Upon consideration and as construed, the motion is granted. This appeal is dismissed.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*Jane K Castro*

by: Jane K. Castro
    Counsel to the Clerk